Case 1:25-cv-00348   Document 18   Filed 02/24/26 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 24, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HARIM SIFUENTES, | § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 1:25-CV-348 |
| JOAN MILNER, *et al.*, | § § § | |
| Respondents. | § | |

## ORDER

In this habeas action, Petitioner Harim Sifuentes challenges his ongoing detention without bond. (Pet., Doc. 1) Sifuentes moves to dismiss his Petition because an immigration judge granted him the opportunity to voluntarily depart the United States. (Motion, Doc. 16) The Court finds that good cause supports the requested relief. Accordingly, it is:

**ORDERED** that Petitioner Harim Sifuentes's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED AS MOOT**.

The Clerk of Court is directed to close this case.

Signed on February 24, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge